1008

[No. 23534-0-II. Division Two. June 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L. HAYES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-1-00794-3, Richard D. Hicks, J., entered July 8, 1998. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld and Houghton, JJ.

[No. 23652-4-II. Division Two. June 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM HENRY FRAME, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-02050-6, Sergio Armijo, J., entered August 14, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 23721-1-II. Division Two. June 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JACUBA DALE PHILBRICK, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-1-00968-7, Richard D. Hicks, J., entered September 4, 1998. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld and Houghton, JJ.